UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                     Case No:  6:19-cv-393-Orl-41GJK

**GLADYS QUILES,**

    **Defendant.**
_____/

**ORDER AND PERMANENT INJUNCTION**

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Default Judgment ("Motion," Doc. 12). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 13), which recommends granting the Motion. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. 12) is **GRANTED**.

3. Gladys Quiles, any entity through which she conducts business, and all persons and entities in active concert or participation with Gladys Quiles are prohibited from directly or indirectly:

   a. Preparing, assisting in the preparation of, or directing the preparation of federal tax returns, amended returns, or other tax-related documents or forms, including any electronically submitted tax returns or tax-related documents, for any entity or person other than herself;

b. Transferring, selling, or assigning their customer lists and/or other customer information;

c. Engaging in activity subject to penalty under 26 U.S.C. §§ 6694, 6695, and/or 6701; and

d. Engaging in conduct that substantially interferes with the proper administration and enforcement of the tax laws.

4. At her own expense, Gladys Quiles shall:

   a. Send by email or certified mail, return receipt requested, a copy of this Order and Permanent Injunction, as well as a copy of the Complaint in this case to each person for whom she prepared federal income tax returns or any other federal tax forms after January 1, 2018;

   b. Turn over to the United States copies of all returns and claims for refund that Gladys Quiles prepared after January 1, 2018;

   c. Provide the United States a list of the names, social security numbers, addresses, phone numbers, and email addresses of each person she prepared tax returns or claims for refund for after January 1, 2018;

   d. Post for one year on all social media accounts and websites used to advertise her tax preparation services, a statement that she has been enjoined from the preparation of tax returns and a hyperlink to any press release regarding the injunction that the Department of Justice may issue;

   e. File a sworn statement with the Court evidencing Gladys Quiles' compliance with the foregoing directives within forty-five days of entry of this Order and Permanent Injunction; and

f. Keep records of Gladys Quiles' compliance with the foregoing directives, which may be produced to the Court, if requested, or the United States pursuant to paragraph 5, below.

5. The United States is permitted to monitor Gladys Quiles' compliance with this injunction and to engage in post-judgment discovery in accordance with the Federal Rules of Civil Procedure.

6. The Court retains jurisdiction over this matter, including the interpretation and enforcement of this permanent injunction.

7. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant and, thereafter, close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 6, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party